UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02081 LTB-CBS

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

v.

ROBERT RAY WHITE SAMPLES,
and POT O' GOLD FINANCIAL SERVICES, LLC,

       Defendants,

and

CRISTELLA SAMPLES,

       Relief Defendant.

---

**ORDER VACATING DECEMBER 13, 2007 HEARING CONCERNING SEC's MOTION TO HOLD ROBERTY RAY WHITE SAMPLES IN CONTEMPT FOR VIOLATION OF THE COURT'S OCTOBER 11, 2007 ORDER**

---

       This matter comes before the court on the parties stipulated motion for an order vacating the hearing scheduled for Thursday, December 13, 2007 at 8:30 a.m. regarding Plaintiff Securities and Exchange Commission's Motion to Hold Robert Ray White Samples in Contempt for Violation of the Court's October 11, 2007 Order Granting Preliminary Injunction, Asset Freeze and Accounting (the "Contempt Motion"). The Court, having reviewed the Order, the Motion and being fully apprised in the premises,

HEREBY ORDERS that the December 13, 2007 hearing concerning the Contempt Motion be vacated.

Dated this   12th   day of December, 2007.

BY THE COURT:


　　　s/Lewis T. Babcock
LEWIS T. BABCOCK
UNITED STATES DISTRICT JUDGE