UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02081 LTB-CBS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROBERT RAY WHITE SAMPLES,
and POT O' GOLD FINANCIAL SERVICES, LLC,

        Defendants,

and

CRISTELLA SAMPLES,

        Relief Defendant.

---

**ORDER APPROVING FEES AND EXPENSES OF RECEIVER FOR THE PERIOD DECEMBER 6, 2007 THROUGH FEBRUARY 6, 2008 and RELEASE OF $792.00 HELD IN THE REGISTRY OF THE COURT TO THE RECEIVER**

---

The Plaintiff has filed a First Report Regarding the Receiver, has moved for Approval of Fees and Expenses for the Period December 6, 2007 through February 6, 2008 and has moved for release of $792.00 held in the registry of the court, to the Receiver. The Court having reviewed the report, being fully apprised in the premises,

IT IS HEREBY ORDERED ADJUDGED AND DECREED

    1.    The Fees and Expenses of the Receiver for the Period December 6, 2007 through February 6, 2008 are approved;

2. The Clerk is authorized to release to the Receiver the $792.00 deposited in the registry of the court [Docket No. 19].

Dated this    3rd    day of      March     , 2008


                                                  s/Lewis T. Babcock
                                                  United States District Court Judge