UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02081 LTB-CBS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROBERT RAY WHITE SAMPLES,
and POT O' GOLD FINANCIAL SERVICES, LLC,

        Defendants,

and

CRISTELLA SAMPLES,

        Relief Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR ORDER
RELEASING CERTAIN PROPERTY FROM THE ASSET FREEZE**

---

This matter comes before the court on a Stipulated Motion of Plaintiff, Securities and Exchange Commission, the Receiver and IndyMac Bank ("Bank") for an order releasing the property known as the New Home, from the Asset Freeze entered by Order dated October 11, 2007 [Doc No. 9] and the court having reviewed the Motion and being fully apprised, grants the Motion; therefore

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

That the Property as defined in the Motion is released from the asset freeze entered by Order of the Court dated October 11, 2007 [Doc No. 9] and the Bank can proceed with the foreclosure on the Property.

Dated this  6th  day of    May   , 2008, nunc pro tunc to April 24, 2008.


                            s/Lewis T. Babcock
                            United States District Court Judge