UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02081 LTB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROBERT RAY WHITE SAMPLES,
and POT O' GOLD FINANCIAL SERVICES, LLC,

    Defendants,

and

CRISTELLA SAMPLES,

    Relief Defendant.

## ORDER

Upon the Second Report of Receiver and Motion for Approval of Fees and Expenses for the Period February 7, 2008, through May 31, 2008 (Doc 36 - filed July 1, 2008), it is

ORDERED that the Motion for Fees and Expenses for the Period February 7, 2008 through May 31, 2008 are APPROVED.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: July 2, 2008