**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02081-CMA-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

POT O' GOLD FINANCIAL SERVICES, LLC,

    Defendant,

and

CRISTELLA SAMPLES,

    Relief Defendant.

---

## ORDER SETTING STATUS REPORT

---

THIS MATTER comes before the Court *sua sponte.* IT IS ORDERED that the parties shall file a Status Repot in this case on or before January 16, 2009.

DATED: December 22, 2008.

                                                  BY THE COURT:

                                                _____
                                                Christine M. Arguello
                                                United States District Judge