**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02081-CMA-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

POT O' GOLD FINANCIAL SERVICES, LLC,

    Defendant,

and

CRISTELLA SAMPLES,

    Relief Defendant.

## ORDER REGARDING STATUS REPORT

This matter is before the Court on Plaintiff's Status Report Pursuant to Order (Doc. # 43), filed January 15, 2009.

IT IS ORDERED that Plaintiff shall file a motion to close this case upon final distribution of assets in the receivership. If such distribution has not been completed by February 16, 2009, the parties shall file another status report in this matter on or before February 16, 2009.

DATED: January  22 , 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge