IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02081-CMA-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

POT O' GOLD FINANCIAL SERVICES, LLC,

    Defendant,

and

CRISTELLA SAMPLES,

    Relief Defendant.

## ORDER REGARDING STATUS REPORT

This matter is before the Court on the Status Report of SEC Pursuant to Order Dated January 22, 2009 (Doc. # 45), filed February 17, 2009, wherein Plaintiff stated, "The SEC anticipates that it will be in a position to file a final report of receiver and motion to close the case by April 15, 2009." The Court notes that nothing further has been filed in this matter since February 17, 2009, by the SEC or any other party. It is, therefore,

ORDERED that the parties shall file a third status report in this matter no later than close of business on April 27, 2009.

DATED: April __22__, 2009

BY THE COURT:

*(signature)*

_____
CHRISTINE M. ARGUELLO
United States District Judge