**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02081-CMA-CBS

SECURITIES AND EXCHANGE COMMISSION,

 Plaintiff,

v.

POT O' GOLD FINANCIAL SERVICES, LLC,

 Defendant,

and

CRISTELLA SAMPLES,

 Relief Defendant.

_____

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CLAIMS
_____

 Plaintiff's Motion to Dismiss Claims for Disgorgement, Prejudgment Interest and Civil Penalties and Dismissal of Relief Defendant (Doc. # 49), filed April 27. 2009, is GRANTED.  It is therefore

 ORDERED that the claims against Relief Defendant Cristella Samples are dismissed without prejudice.  It is

 FURTHER ORDERED that the U.S. Securities and Exchange Commission's claims for disgorgement, civil penalties and prejudgment interest are dismissed.

 DATED: April 28, 2009.

        BY THE COURT:

        _____
        CHRISTINE M. ARGUELLO
        United States District Judge